# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## <u>CHANGE OF ADDRESS</u>

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.   If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☑  Debtor
      ☐  Attorney [If Applicable:]  Name:  <u>Sherry Lynn Fann</u>
      ☐  Creditor

*If joint case, please check the appropriate box as set out below:*

New address is for:          ☐  Husband <u>and</u> Wife
                             ☐  Husband <u>Only</u>
                             ☐  Wife <u>Only</u>

*[If applicable]* Case Name: <u>Sherry Lynn Fann</u>
*[If applicable]* Case No./Adversary Proceeding No.: <u>10-73482</u>
*[If applicable]* Creditor Name: _____

☑ Street Address      ☑ Mailing Address
New Address: <u>9525 16th Bay Street Apt. F</u>
                    No. and Street, Apt., P. O. Box or R. D. No.

City: <u>Norfolk</u>              State: <u>VA</u>   Zip: <u>23518</u>

☑ Street Address      ☑ Mailing Address
Old Address:  <u>3408 East Ocean View Avenue Unit 8</u>
                    No. and Street, Apt., P. O. Box or R. D. No.

City: <u>Norfolk</u>              State: <u>VA</u>   Zip: <u>23518</u>

Telephone Number: (_____) _____
              **Please include area code**

                    <u>/s/ John W. Tripp</u>
                    Signature of Filer [*check filer type below*]:
                    ☑  Attorney for Debtor
                    ☐  Debtor  *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
                    ☐  Creditor
                    ☐  Attorney

Date: <u>01-10-2011</u>
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]